| | AUSA: | Louis F. Meizlish | Telephone: | (313) 980-2682 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Agent: | Jeffrey J. Sokolowski | Telephone: | (313) 378-5267 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.
Ramiro Arsenio Echagaray-Olascagua

Case No.

Case: 2:25−mj−30700
Assigned To : Unassigned
Assign. Date : 11/17/2025
Description: CMP USA V. ECHAGARAY−OLASCAGUAM (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 12, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 111(b) | Assaulting a Federal Officer Causing Injury |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Jeffrey Joseph Sokolowski, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: November 17, 2025

_Judge's signature_

City and state: Detroit, Michigan

Kimberly Altman, United States Magistrate Judge
_Printed name and title_

## Affidavit in Support of a Criminal Complaint

I, Jeffrey J. Sokolowski, being duly sworn, depose and state as follows:

### I.     Introduction and Agent Background

1. I have been employed as a special agent of the Federal Bureau of Investigation since March 2009, and am currently assigned to the Violent Crime Task Force in the Detroit Division of the FBI.

2. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2501(7), that is, an officer of the United States who is empowered by the law to conduct investigations of and to make arrests for the offenses enumerated in 18 U.S.C. § 2516.

3. I have investigated federal violations concerning crimes of violence, firearms trafficking, and narcotics trafficking. I have experience in the investigation, apprehension, and prosecution of individuals involved in federal criminal offenses.

4. The statements contained in this affidavit are based on my experience and background as a special agent and on information provided by police officers, other agents of the FBI, and other law

enforcement personnel. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all of facts known to law enforcement related to this investigation.

5.  This affidavit is made in support of a criminal complaint and charging Ramiro Arsenio Echagaray-Olascagua with assault of a federal officer causing bodily injury, in violation of 18 U.S.C. § 111, and accompanying arrest warrant.

## II.  PROBABLE CAUSE

6.  On Nov. 12, 2025, members of a task force comprising deportation officers from Immigration and Customs Enforcement, Enforcement and Removal Operations (ICE/ERO), as well as special agents from the FBI and the Drug Enforcement Administration, and an agent from the Border Patrol, were conducting surveillance of a residence on Kelly Road, in Detroit, in the Eastern District of Michigan.

7.  On Nov. 10, 2025, ICE/ERO learned that Hispanic individuals with no claim to U.S. citizenship or legal permanent resident status were occupying the Kelly Road residence.

8. On Nov. 11, 2025, a search of ICE/ERO immigration indices of the aforementioned address revealed it was the last known address for Individual A. Individual A is a Venezuelan alien with a pending removal case in U.S. immigration court who failed to report to the ICE office on May 14, 2025, as her case officer had directed her.

9. On Nov. 12, 2025, at approximately 7 a.m., officers on the task force observed a Hispanic male exit the residence and enter a gray Ford Flex in the driveway. The vehicle departed the residence and shortly thereafter, ICE/ERO initiated a vehicle stop at Whitehill Street and Morang Avenue in Detroit.

10. ICE/ERO encountered the Hispanic driver of the vehicle and identified him as Ramiro Echagaray-Olascagua, a citizen/national of Venezuela, and knew at this time he was in the United States illegally. Agents ordered Echagaray-Olascagua from the vehicle. While exiting, Echagaray-Olascagua shoved an ERO Officer and fled on foot.

11. ICE/ERO officers called for assistance in a nearby alley. As additional members of the task force arrived on scene in the alley, an ERO officer and FBI special agent were struggling with Echagaray-Olascagua at the open driver door of a white Chevrolet Malibu.

12. A woman inside the vehicle, later identified as Individual A, was actively attempting to pull Echagaray-Olascagua into the vehicle while resisting commands to stop doing so. During the struggle, Echagaray-Olascagua bit the special agent, M.K., on the forearm, causing visible injuries.

13. The female driver of the vehicle then attempted to start the vehicle, at which time an officer serving on the task force broke the passenger window in order to unlock and open the passenger door. Officers and agents then pulled Individual A from the vehicle via the passenger side and took her into custody following a brief struggle.

14. Individual A advised ICE/ERO officers that Echagaray-Olascagua called her to the area of the vehicle stop. Agents arrested Echagaray-Olascagua and Individual A and transported them to the Detroit ICE Field Office for processing.

### III. CONCLUSION

15. Based on the above information, probable cause exists that Echagaray-Olascagua assaulted a federal officer, causing injury, in violation of 18 U.S.C. § 111(b).

Case 2:25-mj-30700-DUTY   ECF No. 1, PageID.6   Filed 11/17/25   Page 6 of 6

_[signature]_
JEFFREY J. SOKOLOWSKI
Special Agent, FBI

Sworn to before me and signed in my presence and/or by reliable electronic means.

_[signature]_
Honorable Kimberly Altman
UNITED STATES MAGISTRATE JUDGE

November 17, 2025

5